**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF PENNSYLVANIA - READING DIVISION

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **LVL Engineering Group, Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **23-1604145** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **Main Street Commons**<br>**559 Main Street, Suite 230**<br>**Bethlehem, PA 18018-5862**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Northampton**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **lvlengineers.com** |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Debtor    **LVL Engineering Group, Inc.**            Case number (*if known*) _____
      Name

---

**7.**   **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

     __5413__

---

**8.**   **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☐ A plan is being filed with this petition.

     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.**   **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.
☐ Yes.

| | District _____ | When _____ | Case number _____ |
| | District _____ | When _____ | Case number _____ |

---

| Debtor | **LVL Engineering Group, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

---

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency

Contact name

Phone

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☑ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**16. Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

---

Debtor    **LVL Engineering Group, Inc.**
          Name                                                              Case number (*if known*)

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **LVL Engineering Group, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature
of authorized
representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **3/01/2024**
MM / DD / YYYY

**X** **/s/ Jon Tresslar**                          **Jon Tresslar**
Signature of authorized representative of debtor       Printed name

Title  **Chief Executive Officer**

---

**18. Signature of attorney**

**X** **/s/ Julie Callsen**                      Date  **3/01/2024**
Signature of attorney for debtor                       MM / DD / YYYY

**Julie Callsen**
Printed name

**Tucker Ellis LLP**
Firm name

**233 S. Wacker Dr.
Suite 6950
Chicago, IL 60606**
Number, Street, City, State & ZIP Code

Contact phone  **216-696-2286**       Email address  **julie.callsen@tuckerellis.com**

**323883 PA**
Bar number and State

**Fill in this information to identify the case:**

Debtor name  **LVL Engineering Group, Inc.**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF PENNSYLVANIA - READING DIVISION

Case number (if known)  _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **3/01/2024**          X **/s/ Jon Tresslar**
                                    Signature of individual signing on behalf of debtor

                                    **Jon Tresslar**
                                    Printed name

                                    **Chief Executive Officer**
                                    Position or relationship to debtor

# UNANIMOUS WRITTEN CONSENT

## OF

## THE BOARD OF DIRECTORS

## OF

## LVL ENGINEERING GROUP, INC.

## February 29, 2024

The undersigned, being all of the directors of LVL Engineering Group, Inc., a Pennsylvania corporation (the "**Company**"), each independent of the Company other than their role as directors, acting by written consent and with a meeting, do hereby consent to the adoption of the following resolutions as of the date hereof:

**WHEREAS**, the Company was previously known as Boucher & James, Inc. (then known as "**Boucher & James**");

**WHEREAS**, in early 2018, Jon S. Tresslar, one of four Managing Directors at Boucher & James, discovered that Mark W. Eisold, another Managing Director, caused hours to be billed to certain clients of Boucher & James in excess of actual hours of services performed;

**WHEREAS**, Mr. Tresslar presented his findings and concerns to the other Managing Directors, David R. Jones and Judith Stern Goldstein; however, neither Mr. Jones nor Ms. Goldstein acknowledged the improper conduct and refused to investigate further;

**WHEREAS**, being stonewalled internally, Mr. Tresslar prepared a letter documenting his findings and concerns to the then serving members of the Board of Directors on February 27, 2018;

**WHEREAS**, in March 2018, the Board directed the Managing Directors to retain outside counsel to perform an independent audit and make restitution where necessary;

**WHEREAS**, Mr. Eisold, Mr. Jones, and Ms. Stern Goldstein declined to retain independent counsel, instead retained Boucher & James' ESOP attorney to perform the audit and placed Mr. Eisold (whose improper billing practices were the focal point of the investigation) in charge of overseeing the audit and directing counsel;

**WHEREAS**, ultimately, in June of 2018, when it was apparent the investigation was not going to be performed, Mr. Tresslar had to seek outside assistance from the local District Attorney in Northampton County who referred it to the Office of the Attorney General ("**OAG**") for the Commonwealth of Pennsylvania;

**WHEREAS**, in January 2019, the OAG subpoenaed financial records and began investigating Boucher & James;

**WHEREAS**, the initial reaction of the Board of Directors was to hire a law firm and combat the investigation of the OAG at every stage throughout 2019;

DocuSign Envelope ID: BD953D10-9F67-47D2-AC63-D688155DE223

**WHEREAS**, the OAG concluded that the Board and its law firm were stonewalling the investigation and after interviews with several current and former employees of Boucher & James, in February and March 2020, the OAG determined that employees of Boucher & James were coerced to fraudulently increase billings;

**WHEREAS**, on April 24, 2020, the then Board of Directors of Boucher & James unanimously resigned, appointed the Managing Directors to the Board, and resolved that the shareholder, the Boucher & James, Inc. Employee Stock Ownership Plan[1] (the "**ESOP**"), should vote to dissolve the Company;

**WHEREAS**, upon learning of the Board's actions, the OAG obtained a restraining order freezing the Company's assets and executed a search warrant, seizing financial records and contracts of Boucher & James;

**WHEREAS**, shortly thereafter, Ms. Stern Goldstein and Mr. Jones resigned from Boucher & James and went to work for Gilmore and Associates;

**WHEREAS**, on June 16, 2020, GreatBanc Trust Company, then trustee of the ESOP, elected Lee Bloom and Lloyd Palans to the Board of Directors, both independent of the Company;

**WHEREAS**, Mr. Eisold subsequently resigned in September 2020, and went to work for Caroll Engineering Corporation;

**WHEREAS**, the newly elected Board, in coordination with its newly engaged law firm, negotiated and entered into a Settlement Agreement with the OAG on December 4, 2020, a copy of which is attached hereto as **<u>Exhibit A</u>**, in an effort to unfreeze the assets of the Company and make it a viable going concern;

**WHEREAS**, pursuant to the Settlement Agreement, the Company was required to make restitution to various clients through a cash payment of $851,408.97 to the Commonwealth, Office of Attorney General from the frozen assets, with the remainder of the funds released to the Company (approximately $148,571.03);

**WHEREAS**, on December 15, 2020, the OAG indicted Ross Boucher (former owner of the Company), Mr. Jones, and Mr. Eisold on various misdemeanor and felony counts for their fraudulent billing practices while at Boucher & James;

**WHEREAS**, the Company could not, like its competitors, obtain Paycheck Protection Program loans during the height of the COVID-19 crisis because Boucher & James and its Former Managing Directors were under investigation and indictment with respect to the fraudulent billing practices;

**WHEREAS**, before the discovery of fraudulent billings by Mr. Tresslar, the Company generated approximately $6,500,000 (2018) in revenue per year, and for each of the years ending

---

[1] The ESOP is now known as the LVL Engineering Group, Inc. Employee Stock Ownershp Plan.

DocuSign Envelope ID: BD953010-9F57-47D2-AC63-D688155DF223

2020-2023, during the OAG investigation and thereafter, the Company generated $4,745,781 (2020), $3,021,872 (2021), $2,490,459 (2022), and $2,223,398 (2023), respectively;

WHEREAS, not only was the loss in revenue a result of the tainted name of Boucher & James, but also because each of Mr. Eisold, Mr. Jones, and Ms. Stern Goldstein (the "**Former Managing Directors**") poached clients and employees from the Company in contravention of non-competition and non-solicitation covenants;

WHEREAS, on account of the fraudulent conduct of the Former Managing Directors, the Company's accounting firm resigned, rescinded all years of the financial statements it prepared, and refused to give an opinion as to the compilation of financial statements of the Company, resulting in the Company having to engage new accountants at a significant cost;

WHEREAS, on December 23, 2020, the Company initiated litigation against the Former Managing Directors and Geoffrey J. Attanasio for violating their non-competition and non-solicitation restrictive covenants and to seek damages associated therewith, but that litigation has been stayed while the criminal action against Mr. Jones, Mr. Eisold, and Mr. Boucher remains pending;

WHEREAS, notwithstanding the restitution payments collected from the Company by the OAG, several former clients of the firm sued the Company seeking further amounts for alleged overbillings, including Springfield Township on February 8, 2021, and Cheltenham Township on September 17, 2021, each in the Court of Common Pleas of Montgomery County, Pennsylvania (the "**Former Client Claims**");

WHEREAS, throughout 2021 and 2022, the Company continued to make efforts to regain the trust of its client base and protect the Company's revenues from a loss of clients to the client-poaching Former Managing Directors and Geoffrey Attanasio;

WHEREAS, the Company changed its name from Boucher & James to LVL Engineering Group, Inc., on April 5, 2022, in an effort to rebrand and remove the taint associated with Boucher & James;

WHEREAS, in early 2022, the Company pursued potential acquisitions to expand its employee and client base in an effort to increase revenue but ultimately to no avail;

WHEREAS, the Board ultimately determined that it would be in the best interests of the Company and its shareholder, the ESOP, to seek a potential acquirer to preserve value for all affected constituents;

WHEREAS, the Board and Mr. Tresslar began exploring sale options and received three letters of intent from various engineering firms working in similar industries as the Company, each of whom would have acquired substantially all of the assets of the Company;

WHEREAS, the Board and Mr. Tresslar selected the highest bidder, engaged counsel, and began the process of negotiating final agreements with the potential buyer (the "**Buyer**");

DocuSign Envelope ID: BD953010-9F67-47D2-AC63-D688155BE223

**WHEREAS**, ultimately, on account of the outstanding Former Client Claims that had not been resolved (due, in part, to the pending criminal prosecution of Mr. Jones, Mr. Eisold, and Mr. Boucher), the Buyer determined not to move forward with the transaction;

**WHEREAS**, the Board and Mr. Tresslar went to each of the other bidders who submitted a letter of intent, but each of those bidders also determined not to move forward with an acquisition of the Company on account of the Former Client Claims;

**WHEREAS,** the ESOP was formed when the Company had 55 employees and was generating $4,400,000 (2012) in revenue;

**WHEREAS**, the ESOP now has 36 participants but only 15 remain employed with the Company and the Company generates approximately $2,200,000 in annual revenue;

**WHEREAS**, the Company simply could not recover from the rippling effects that followed the fraudulent conduct of its Former Managing Directors, which included, among other things, costs maintaining the ESOP, increased insurance costs, increased accounting costs, and continuing legal expenses; and

**WHEREAS**, the Company, by and through its Board of Directors, has determined that, in view of material erosion of revenues by the bad acts of the Former Managing Directors, the dramatic increase in insurance costs, continuing legal costs, and desire to preserve the current assets for both creditors and ESOP beneficiaries, and lack of viable purchaser, it is desirable and in the best interests of the Company and its creditors, employees, shareholder, and other interested parties that a petition be filed by the Company, seeking relief under the provisions of Chapter 7 of Title 11 of the United States Code (the "**Bankruptcy Code**"), to preserve value for all interested parties, no later than March 1, 2024.

## Chapter 7 Case

**NOW, THEREFORE, BE IT RESOLVED**, that the Company be, and hereby is, authorized and empowered to file a voluntary petition for relief under Chapter 7 of the Bankruptcy Code (such voluntary petition, and the voluntary petitions to be filed by the Company's affiliates, collectively, the "**Chapter 7 Case**") in a court of proper jurisdiction (the "**Bankruptcy Court**"); and

**RESOLVED FURTHER**, that any officer of the Company (each, an "**Authorized Officer**" and collectively, the "**Authorized Officers**") be, and each of them individually hereby is, authorized, in the name and on behalf of the Company, appointed as the Company's authorized representatives, and in such capacity, acting alone or together, with power of delegation, be, and they hereby are, authorized and empowered to execute and file on behalf of the Company, , all petitions, schedules, lists, applications, pleadings and other, papers, agreements, consents or documents, and to take any and all action that they deem necessary or proper to obtain such relief.

**RESOLVED FURTHER**, that the foregoing is a true and accurate record of a resolution duly adopted at a meeting of the Directors and that said meeting was held in accordance with the

state law and the Bylaws of the above-named Company on February 29, 2024, and that said resolution is now in full force and effect without modification or recission.

[SIGNATURE PAGE FOLLOWS]

IN WITNESS WHEREOF, the undersigned have executed this written consent this 29th day of February, 2024.


DocuSigned by:

_____
C9545ADACAB740D

Lee Bloom, Director


DocuSigned by:

_____
EEBC4605F80C42F

Lloyd Palans, Director

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at **Pennsylvania** , California.

Date: **3/01/2024**

**/s/ Jon Tresslar**

**Jon Tresslar**
Signature of Debtor 1

Signature of Debtor 2

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**F 1015-2.1.STMT.RELATED.CASES**

**Fill in this information to identify the case:**

Debtor name          **LVL Engineering Group, Inc.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF PENNSYLVANIA - READING DIVISION

Case number (if known)   _____

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                     12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*............................................................................   $ _____ 0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*..........................................................................   $ _____ 951,141.25

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*...........................................................................   $ _____ 951,141.25

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................   $ _____ 0.00

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................   $ _____ 0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................   +$ _____ 466,074.30

4.  **Total liabilities** ...................................................................................................
    Lines 2 + 3a + 3b                                                                                   $ _____ 466,074.30

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name          **LVL Engineering Group, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF PENNSYLVANIA - READING DIVISION

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2. **Cash on hand** | **$675.00** |
| 2. **Cash on hand** | **$0.00** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Univest Operating Account** | | **6258** | **$81,998.00** |
| 3.2. | **Univest Payroll Account** | **Payroll** | **6266** | **$200.00** |
| 3.3. | **Penn Community Money Market** | | **0394** | **$71,879.47** |
| 3.4. | **Penn Community Checking** | | **7111** | **$0.00** |
| 3.5. | **CNB /Monument Bonus Savings** | | **8061** | **$155,294.30** |

| Debtor | **LVL Engineering Group, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| 3.6. | **CNB/Monument Money Market** | **Money Market** | **2782** | **$5,230.40** |
|---|---|---|---|---|

**4.**     **Other cash equivalents** *(Identify all)*

**5.**     **Total of Part 1.**

       Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | **$315,277.17** |
|---|---|

| Part 2: | **Deposits and Prepayments** |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

**11.**     **Accounts receivable**

| 11a. 90 days old or less: | **725.06** | - | **0.00** | = .... | **$725.06** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | **800.00** | - | **0.00** | = .... | **$800.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | **6,854.20** | - | **0.00** | = .... | **$6,854.20** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | **1,889.63** | - | **0.00** | = .... | **$1,889.63** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | **5,121.40** | - | **0.00** | = .... | **$5,121.40** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | **1,511.16** | - | **0.00** | = .... | **$1,511.16** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | **445.06** | - | **0.00** | = .... | **$445.06** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | **350.41** | - | **0.00** | = .... | **$350.41** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| Debtor | **LVL Engineering Group, Inc.** | Case number *(If known)* | |
| | Name | | |

| | | | |
|---|---|---|---|
| 11a. 90 days old or less: | **4,000.08** | - **0.00** = .... | **$4,000.08** |
| | face amount | doubtful or uncollectible accounts | |
| 11a. 90 days old or less: | **1,374.40** | - **0.00** = .... | **$1,374.40** |
| | face amount | doubtful or uncollectible accounts | |
| 11a. 90 days old or less: | **514.85** | - **0.00** = .... | **$514.85** |
| | face amount | doubtful or uncollectible accounts | |
| 11a. 90 days old or less: | **18,173.74** | - **0.00** = .... | **$18,173.74** |
| | face amount | doubtful or uncollectible accounts | |
| 11a. 90 days old or less: | **174.00** | - **0.00** = .... | **$174.00** |
| | face amount | doubtful or uncollectible accounts | |
| 11a. 90 days old or less: | **3,268.62** | - **0.00** = .... | **$3,268.62** |
| | face amount | doubtful or uncollectible accounts | |
| 11a. 90 days old or less: | **4,539.88** | - **0.00** = .... | **$4,539.88** |
| | face amount | doubtful or uncollectible accounts | |
| 11a. 90 days old or less: | **1,311.64** | - **0.00** = .... | **$1,311.64** |
| | face amount | doubtful or uncollectible accounts | |
| 11a. 90 days old or less: | **2,946.94** | - **0.00** = .... | **$2,946.94** |
| | face amount | doubtful or uncollectible accounts | |
| 11a. 90 days old or less: | **440.00** | - **0.00** = .... | **$440.00** |
| | face amount | doubtful or uncollectible accounts | |
| 11a. 90 days old or less: | **6,558.00** | - **0.00** = .... | **$6,558.00** |
| | face amount | doubtful or uncollectible accounts | |
| 11a. 90 days old or less: | **3,742.30** | - **0.00** = .... | **$3,742.30** |
| | face amount | doubtful or uncollectible accounts | |
| 11a. 90 days old or less: | **2,500.00** | - **0.00** = .... | **$2,500.00** |
| | face amount | doubtful or uncollectible accounts | |
| 11a. 90 days old or less: | **1,182.00** | - **0.00** = .... | **$1,182.00** |
| | face amount | doubtful or uncollectible accounts | |

Debtor    **LVL Engineering Group, Inc.**
Name    Case number *(If known)*

| | face amount | | doubtful or uncollectible accounts | | |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | 880.00 | - | 0.00 | = .... | $880.00 |
| 11a. 90 days old or less: | 14,474.91 | - | 0.00 | = .... | $14,474.91 |
| 11a. 90 days old or less: | 3,752.40 | - | 0.00 | = .... | $3,752.40 |
| 11a. 90 days old or less: | 5,308.15 | - | 0.00 | = .... | $5,308.15 |
| 11a. 90 days old or less: | 1,555.74 | - | 0.00 | = .... | $1,555.74 |
| 11a. 90 days old or less: | 3,562.08 | - | 0.00 | = .... | $3,562.08 |
| 11a. 90 days old or less: | 675.00 | - | 0.00 | = .... | $675.00 |
| 11b. Over 90 days old: | 1,800.00 | - | 0.00 | =.... | $1,800.00 |
| 11b. Over 90 days old: | 3,000.00 | - | 0.00 | =.... | $3,000.00 |
| 11b. Over 90 days old: | 1,400.00 | - | 0.00 | =.... | $1,400.00 |
| 11b. Over 90 days old: | 11,723.42 | - | 0.00 | =.... | $11,723.42 |
| 11b. Over 90 days old: | 199,011.01 | - | 0.00 | =.... | $199,011.01 |
| 11b. Over 90 days old: | 493.16 | - | 0.00 | =.... | $493.16 |

Debtor   **LVL Engineering Group, Inc.** _____   Case number *(if known)* _____
        <span style="font-size:smaller">Name</span>

11b. Over 90 days old:        **78,840.45**  -      **0.00** =....        **$78,840.45**
                        face amount          doubtful or uncollectible accounts

11b. Over 90 days old:        **1,801.48**   -      **0.00** =....        **$1,801.48**
                        face amount          doubtful or uncollectible accounts

11b. Over 90 days old:        **39,610.55**  -      **0.00** =....        **$39,610.55**
                        face amount          doubtful or uncollectible accounts

11b. Over 90 days old:        **3,177.00**   -      **0.00** =....        **$3,177.00**
                        face amount          doubtful or uncollectible accounts

11b. Over 90 days old:        **250.00**     -      **0.00** =....        **$250.00**
                        face amount          doubtful or uncollectible accounts

11b. Over 90 days old:        **3,505.46**   -      **0.00** =....        **$3,505.46**
                        face amount          doubtful or uncollectible accounts

11b. Over 90 days old:        **3,769.20**   -      **0.00** =....        **$3,769.20**
                        face amount          doubtful or uncollectible accounts

11b. Over 90 days old:        **13,856.50**  -      **0.00** =....        **$13,856.50**
                        face amount          doubtful or uncollectible accounts

11b. Over 90 days old:        **2,837.30**   -      **0.00** =....        **$2,837.30**
                        face amount          doubtful or uncollectible accounts

11b. Over 90 days old:        **51,257.94**  -      **0.00** =....        **$51,257.94**
                        face amount          doubtful or uncollectible accounts

11b. Over 90 days old:        **5,766.90**   -      **0.00** =....        **$5,766.90**
                        face amount          doubtful or uncollectible accounts

11b. Over 90 days old:        **9,657.00**   -      **0.00** =....        **$9,657.00**
                        face amount          doubtful or uncollectible accounts

11b. Over 90 days old:        **4,051.50**   -      **0.00** =....        **$4,051.50**
                        face amount          doubtful or uncollectible accounts

11b. Over 90 days old:        **3,012.90**   -      **0.00** =....        **$3,012.90**
                        face amount          doubtful or uncollectible accounts

| Debtor | **LVL Engineering Group, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| 11b. Over 90 days old: | 30,043.89 | - | 0.00 | =.... | $30,043.89 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 62,220.17 | - | 0.00 | =.... | $62,220.17 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 1,146.60 | - | 0.00 | =.... | $1,146.60 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3.** | |
|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | $630,864.08 |

**Part 4:    Investments**

13. **Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **File cabinets and various office equipment in three locations - Doylestown, PA, Bartonsville, PA, and Bethlehem, PA.** | **Unknown** | **N/A** | **$2,000.00** |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** **Copiers - Bethlehem, Doylestown, and Bartonsville, PA** | **$0.00** | | **$0.00** |

| Debtor | **LVL Engineering Group, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

| | | | |
|---|---|---|---|
| **Random computer equipment - Doylestown, Bartonsville, and Bethlehem, PA** | **Unknown** | | **$3,000.00** |

| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | |
|---|---|---|
| 43. | **Total of Part 7.** Add lines 39 through 42.  Copy the total to line 86. | **$5,000.00** |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
   ■ No
   ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 8:**  **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ■ No.  Go to Part 9.
   ☐ Yes Fill in the information below.

**Part 9:**  **Real property**

54. **Does the debtor own or lease any real property?**

   ☐ No.  Go to Part 10.
   ■ Yes Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Causes of action against Gilmore & Associates and Carroll Engineering Inc. for violation of non-compete and tortious interference. Cause of action against Ross Boucher, former owner & Chairman of the Board.** | **Unknown** | | | **$0.00** |

| 56. | **Total of Part 9.** Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88. | **$0.00** |
|---|---|---|

Debtor    **LVL Engineering Group, Inc.**                          Case number *(If known)* _____
_____
Name

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 10:    Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:    All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)**<br>**Litigation against Cheltenham for past-due Accounts Receivable.** | **$0.00** |
| | Nature of claim        **Breach of Contract** | |
| | Amount requested            **$200,000.00** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership<br>**Interest in possible resitution payments which could be made to LVL as part of plea or sentencing of former managing directors now indicted by the OAG, as further described in the board resolution authorizing this filing.** | **Unknown** |

78.    **Total of Part 11.**                                                                                  **$0.00**
Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No

Debtor    **LVL Engineering Group, Inc.**_____    Case number *(If known)* _____
Name

☐ Yes

Debtor    **LVL Engineering Group, Inc.**                                      Case number *(If known)* _____
                    Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $315,277.17 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $630,864.08 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $5,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $951,141.25 | + 91b.    $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $951,141.25 |

**Fill in this information to identify the case:**

Debtor name    **LVL Engineering Group, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF PENNSYLVANIA - READING DIVISION

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|
| | **$0.00** | **$0.00** |

---

**2.1**

Creditor's Name

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien

Describe the lien

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.2**    **Canon Financial Services, Inc.**

Creditor's Name

**14904 Collections Center Drive
Chicago, IL 60693**

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
**Copiers in Bethlehem Office**

Describe the lien

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

$0.00        Unknown

---

Debtor    **LVL Engineering Group, Inc.**                                    Case number (if known) _____
_____
Name

☒ No                          ☐ Contingent
☐ Yes. Specify each creditor,   ☐ Unliquidated
including this creditor and its relative   ☐ Disputed
priority.

---

| 2.3 | **Canon Solutions America, Inc.** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |

Creditor's Name

**15004 Collections Center Dr.**
**Chicago, IL 60693**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Copier Maintenance**

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Quadient Finance USA Inc.** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |

Creditor's Name

**PO Box 6813**
**Carol Stream, IL 60197**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Postage Meter Lease**

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Wells Fargo Equipment Finance** | Describe debtor's property that is subject to a lien | $0.00 | Unknown |

Creditor's Name

**PO Box 77101**
**Minneapolis, MN 55480**
Creditor's mailing address

**Surveying Equipment**

**Describe the lien**
**Common Law Lien**

---

Debtor    **LVL Engineering Group, Inc.**                                    Case number (if known) _____
_____
Name

_____          **Is the creditor an insider or related party?**
Creditor's email address, if known                   ■ No
                                                     ☐ Yes

**Date debt was incurred**                            **Is anyone else liable on this claim?**

                                                     ■ No
**Last 4 digits of account number**                   ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an**                     **As of the petition filing date, the claim is:**
**interest in the same property?**                    Check all that apply

■ No                                                 ☐ Contingent
☐ Yes. Specify each creditor,                         ☐ Unliquidated
including this creditor and its relative              ☐ Disputed
priority.

---

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     | $0.00 |

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
|  |  |  |

Fill in this information to identify the case:

Debtor name **LVL Engineering Group, Inc.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF PENNSYLVANIA - READING DIVISION

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $275.00 |
|---|---|---|---|
| | **Envirosite Corporation** | ☐ Contingent | |
| | **56 Broome Corporate Pkwy** | ☐ Unliquidated | |
| | **Conklin, NY 13748** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Eurofinds Environment Testing North** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $275.00 |
|---|---|---|---|
| | **Fairport Asset Management, LLC** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **IL** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $100.70 |
|---|---|---|---|
| | **Field Environmental Instruments** | ☐ Contingent | |
| | **301 Brushton Ave** | ☐ Unliquidated | |
| | **Pittsburgh, PA 15221** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **LVL Engineering Group, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Gioffre Consulting**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JSDC Law Offices
11 East Chocolate Ave
Hershey, PA 17033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Keith & Janet Crawford**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,200.00 |
|---|---|---|---|

**Liberty Insurance
1910 Cochran Rd
Pittsburgh, PA 15220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Margle Law Offices
3839 Easton Ave
Bethlehem, PA 18020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $23.40 |
|---|---|---|---|

**PA Turnpike Toll by Plate
PO Box 645631
Pittsburgh, PA 15264**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Patriot Blueprinting Systems, LLC**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **LVL Engineering Group, Inc.** | Case number (if known) |
|--------|----------------------------------|------------------------|
|        | Name | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $464,200.20 |
|------|-------------------------------------------------|--------------------------------------------------------------------|-------------|

**Ross Boucher**
**712 Granada Avenue**
**Venice, FL 34285**

Date(s) debt was incurred  12/28/17

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: Exercising of Warrants - Disputed by Debtor

Is the claim subject to offset?  ☐ No  ■ Yes

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|--------------------------|---------------------------------------------------------------------------|-----------------------------------------|

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|--|--|--|------------------------|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 466,074.30 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 466,074.30 |

**Fill in this information to identify the case:**

Debtor name    **LVL Engineering Group, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF PENNSYLVANIA - READING DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest    **Lease for Copiers** | |
| State the term remaining    **21 months** | |
| List the contract number of any government contract | **Canon Financial Services, Inc.**<br>**14904 Collections Center Drive**<br>**Chicago, IL 60693** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest    **Postage meter lease for Fountainville office** | |
| State the term remaining    **15 Months** | |
| List the contract number of any government contract | **NeoPost** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest    **Lease for Premises - Stroudsburg** | |
| State the term remaining    **1 month remains** | |
| List the contract number of any government contract | **Nyles J. and Kitty Possinger**<br>**291 N. Easton Belmont Pike**<br>**Stroudsburg, PA 18360** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest    **Lease for Main Office of LVL - Bethlehem** | |
| State the term remaining    **12 months** | |
| List the contract number of any government contract | **Rubel DE**<br>**559 Main Street**<br>**Suite 300**<br>**Bethlehem, PA 18018** |

Debtor 1    **LVL Engineering Group, Inc.**                                                    Case number *(if known)* _____
            First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2.5.    State what the contract or       **Lease for Office Space**
        lease is for and the nature of     **- Fountainville**
        the debtor's interest

        State the term remaining          **none**

        List the contract number of any                                    **Tabor Investment LP**
        government contract          _____            **PO Box 2579**
                                                                        **Warminster, PA 18974**

**Fill in this information to identify the case:**

Debtor name    **LVL Engineering Group, Inc.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF PENNSYLVANIA - READING DIVISION

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1   **None - N/A** | | | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name  **LVL Engineering Group, Inc.**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF PENNSYLVANIA - READING DIVISION

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

**04/22**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:** Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2024** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$393,005.13** |
| **For prior year:**<br>From **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | **$2,404,132.58** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2024** to **Filing Date** | _____ | **$0.00** |

**Part 2:** List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing for bankruptcy**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

Debtor   **LVL Engineering Group, Inc.**                                       Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| **3.1.** **Tucker Ellis** **233 S. Wacker Dr.** **Suite 6950** **Chicago, IL 60606** | **12/5/23** **12/31/23** **1/31/24** **1/15/24** **2/21/24** | **$117,633.50** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other  **Legal Fees** |
| **3.2.** **Magisterial District Court** | **12/6/2023** | **$235.72** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other___ |
| **3.3.** **Magisterial District Court** | **12/5/23** | **$165.90** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Case 07-3-01** |
| **3.4.** **Magisterial District Court** | **12/5/03** | **$175.35** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Case No. 03-02-03** |
| **3.5.** **Magisterial District Court** | **12/5/23** | **$181.25** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **43-2-03** |
| **3.6.** **Magisterial District Court** | **12/5/23** | **$151.25** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Case 432-02** |
| **3.7.** **Magisterial District Court** | **12/5/23** | **$161.25** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **43-3-03** |
| **3.8.** **Magisterial District Court** | **12/5/23** | **$151.75** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other___ |

Debtor   **LVL Engineering Group, Inc.** _____   Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.9. **Magisterial District Court** | 12/5/23 | $156.75 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other___ |
| 3.10. **Magisterial District Court** | 12/5/23 | $216.25 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other___ |
| 3.11. **Agile Networks, LLC**<br>**705B Moore Industrial Park**<br>**Prospect Park, PA 19076** | 12/6/23 -<br>453.11<br>1/3/24 -<br>453.17<br>2/6/24 -<br>453.17 | $1,359.45 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.12. **Aldine Advisors, LLC**<br>**1054 Seneca Road**<br>**Wilmette, IL 60091** | 12/1/23 -<br>2,500<br>1/2/24 - 2,500<br>2/1/24 - 2,500 | $7,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.13. **American Fidelity Assurance Company**<br>**P.O. Box 268805**<br>**Oklahoma City, OK 73126** | 12/6/23<br>1/3/24<br>2/7/24<br>2/21/24 | $847.84 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other___ |
| 3.14. **Atlantic Industrial Wood Products**<br>**P.O. Box 1234**<br>**Hammonton, NJ 08037** | 2/2/24 | $1,078.25 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.15. **Berkley Insurance Company**<br>**P.O. Box 639807**<br>**Cincinnati, OH 45263** | 12/20/23<br>1/15/23<br>2/15/23 | $4,137.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other___ |
| 3.16. **Bethlehem Parking Authority**<br>**85 West North Street**<br>**Bethlehem, PA 18018** | 12/20/23 -<br>560<br>1/15/24 - 560 | $1,120.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other___ |

Debtor    **LVL Engineering Group, Inc.** _____    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.17. **Beyond Risk Consultants LLC** **1764 Meadowcrest Drive** **Pittsburgh, PA 15241** | 1/15/24 | $4,425.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other___ |
| 3.18. **Blue Ridge Consulting, LLC** **600 Eagleview Blvd** **Suite 300** **Exton, PA 19341** | 12/15/23 - 498.20 1/15/24- 498.20 2/15/24- 498.20 | $1,494.60 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other___ |
| 3.19. **Canon Solutions America** **15004 Collections Center Drive** **Chicago, IL 60693** | 12/15/23 1/15/24 2/15/24 | $699.91 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |
| 3.20. **Canon Financial Services, Inc.** **14904 Collections Center Drive** **Chicago, IL 60693** | 12/15/23 1/15/24 2/15/24 | $1,555.02 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Copier Leases** |
| 3.21. **Comcast Cable** **P.O. Box 70219** **Philadelphia, PA 19176** | 12/15/23 1/15/24 2/15/24 | $609.63 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |
| 3.22. **Keith & Janet Crawford** **729 Cowpath Rd.** **Telford, PA 18969** | 1/18/24 | $36.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Retainer Reimbursement** |
| 3.23. **East Allen Township** **5344 Nor-Bath Blvd** **Northampton, PA 18067** | 12/15/23 | $1,000.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Application Fee** |
| 3.24. **EAS Water Coffee Paper** **571 Richlandtown Pike** **Richlandtown, PA 18955** | 12/26/23 1/31/24 2/21/24 | $164.69 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |

| Debtor | **LVL Engineering Group, Inc.** | | Case number (*if known*) | |
|--------|---------|---|---------|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.25. | **Envirosite Corporation**<br>**56 Broome Corporate Pkwy**<br>**Conklin, NY 13748** | **12/17/23**<br>**2/9/24** | **$500.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other___ |
| 3.26. | **Eurofins Environment TEsting**<br>**PO Box 1465**<br>**Carol Stream, IL 60132** | **1/5/24**<br>**1/25/24** | **$2,702.50** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **vapor sampling** |
| 3.27. | **PA Turnpike Toll by Plate**<br>**PO Box 645631**<br>**Pittsburgh, PA 15264** | **1/3/24**<br>**1/30/24** | **$133.20** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Tolls** |
| 3.28. | **Federal Express**<br>**PO Box 371461**<br>**Pittsburgh, PA 15250** | **1/24/24**<br>**2/7/24** | **$123.64** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.29. | **Michael Gable**<br>**Easton, PA 18042** | **12/17/23**<br>**12/8/23**<br>**12/22/23**<br>**1/5/24**<br>**1/19/24**<br>**2/2/24**<br>**2/16/24** | **$628.99** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **expense reimbursement** |
| 3.30. | **Giofre Consulting**<br>**4 Seth Drive**<br>**Hammonton, NJ 08037** | **12/31/23**<br>**1/31/24**<br>**2/29/24** | **$4,025.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.31. | **Great Midwest Insurance**<br>**PO Box 6068-28**<br>**Hermitage, PA 16148** | **12/15/23**<br>**1/15/24**<br>**2/15/24** | **$12,500.01** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other___ |
| 3.32. | **IPFS Corporation**<br>**24722 Network Place**<br>**Chicago, IL 60673** | **1/3/24**<br>**2/1/24** | **$12,232.78** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Insurance** |

Debtor    **LVL Engineering Group, Inc.** _____    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.33. **IPFS Corporation**<br>**24722 Network Place**<br>**Chicago, IL 60673** | **1/3/24**<br>**2/1/24** | **$1,553.76** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Cyber Insurance** |
| 3.34. **Jessica Martin**<br>**Sellersville, PA 18960** | **12/8/23** | **$11.66** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Expense Reimbursement** |
| 3.35. **Jim Jacobs Towing**<br>**6607 Easton Rd**<br>**Pipersville, PA 18947** | **2/15/24** | **$238.50** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.36. **JSDC Law Offices**<br>**11 East Chocolate Ave.**<br>**Suite 300**<br>**Hershey, PA 17033** | **12/15/23**<br>**1/19/24** | **$357.50** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Legal Fees** |
| 3.37. **Keystone Precision Solutions**<br>**1670 E. Race St**<br>**Allentown, PA 18109** | **1/15/24** | **$318.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **GPS Rental** |
| 3.38. **Mark C. Lanan**<br>**Souderton, PA 18964** | **1/5/24**<br>**2/2/24**<br>**2/16/24** | **$145.26** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Expense Reimbursement** |
| 3.39. **Lenape Valley Foundation**<br>**500 North West St.**<br>**Doylestown, PA 18901** | **2/15/24** | **$8,146.26** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **overpyament** |
| 3.40. **Liberty Insurance**<br>**1910 Cochran Rd**<br>**Pittsburgh, PA 15220** | **12/15/23**<br>**1/3/24**<br>**1/17/24**<br>**2/15/24** | **$4,284.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other___ |

Debtor    **LVL Engineering Group, Inc.** _____    Case number (*if known*) _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.41. **Margle Law Offices PC**<br>**3839 Easton Ave**<br>**Bethlehem, PA 18020** | **12/15/23** | **$1,618.75** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Legal Fees** |
| 3.42. **Moon Shine Cleaning**<br>**PO Box 210**<br>**Hellertown, PA 18055** | **12/15/23**<br>**1/15/24**<br>**2/15/24** | **$394.32** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.43. **Mutual of Omaha**<br>**PO Box 2147**<br>**Omaha, NE 68103** | **1/3/24**<br>**2/1/24**<br>**2/21/24** | **$927.76** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other___ |
| 3.44. **Palans Consulting LLC**<br>**9 McKnight Lane**<br>**Saint Louis, MO 63124** | **12/15/23**<br>**1/15/24**<br>**2/1/24** | **$7,500.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other___ |
| 3.45. **Patriot Blueprinting Systems**<br>**PO Box 27**<br>**Westville, NJ 08093** | **12/31/23**<br>**1/15/24**<br>**2/29/24**<br>**2/21/24** | **$1,380.57** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other___ |
| 3.46. **PC Connection, Inc.**<br>**PO Box 536472**<br>**Pittsburgh, PA 15253** | **2/21/24** | **$706.38** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other___ |
| 3.47. **Penteldata**<br>**PO Box 401**<br>**Palmerton, PA 18071** | **12/6/23**<br>**1/3/24**<br>**2/1/24** | **$384.75** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other___ |
| 3.48. **Nyles J. and Kitty Possinger**<br>**291 N. Easton Belmont**<br>**Stroudsburg, PA 18360** | **1/3/24**<br>**2/1/24**<br>**2/21/24** | **$3,900.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Rent** |

Debtor  **LVL Engineering Group, Inc.** _____ Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.49. **Melissa E. Hutchison**<br>**Hellertown, PA 18055** | **2/17/24**<br>**12/8/23**<br>**12/22/23**<br>**1/5/24**<br>**1/19/24**<br>**2/2/24**<br>**2/16/24** | **$904.79** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Expenses** |
| 3.50. **Quadient Finance USA Inc.**<br>**PO Box 6813**<br>**Carol Stream, IL 60197** | **12/20/23**<br>**1/24/24** | **$461.82** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Equipment Rental** |
| 3.51. **Radiate Holdings LP**<br>**PO Box 11816**<br>**Newark, NJ 07101** | **12/15/23**<br>**1/15/24**<br>**2/21/24** | **$388.71** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.52. **Kris Reiss**<br>**Quakertown, PA 18951** | **12/17/23**<br>**12/6/23**<br>**12/22/23**<br>**1/19/24**<br>**2/2/24**<br>**2/16/24** | **$369.94** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.53. **RHA Healthcare**<br>**17 Church Street**<br>**Asheville, NC 28801** | **12/31/23** | **$1,459.28** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other___ |
| 3.54. **Richter Drafting and Office Supply**<br>**PO Box 64288**<br>**Souderton, PA 18964** | **12/15/23**<br>**2/29/24** | **$432.98** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other___ |
| 3.55. **Amy Riddle**<br>**Silverdale, PA 18962** | **12/22/24**<br>**2/2/24** | **$116.78** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Expenses** |
| 3.56. **Robotech Cad Solutions**<br>**2 Marineview Plaza**<br>**Hoboken, NJ 07030** | **12/15/23** | **$6,900.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

Debtor   **LVL Engineering Group, Inc.** _____   Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.57. **Gayle Singley**<br>**Pipersville, PA 18947** | 12/22/23 | $51.42 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Expenses** |
| 3.58. **Stambaugh Ness**<br>**220 St. Charles Way**<br>**Suite 150**<br>**York, PA 17402** | 1/24/24 | $8,604.71 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other __ |
| 3.59. **Rubel DE**<br>**559 Main street**<br>**Suite 300**<br>**Bethlehem, PA 18018** | 1/3/24<br>2/1/24<br>2/21/24 | $15,469.73 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Rent** |
| 3.60. **Sue Montgomery**<br>**Chalfont, PA 18914** | 2/17/23 | $9.83 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Expense Reimbursement** |
| 3.61. **Sun Life Financial**<br>**PO Box 807009**<br>**Kansas City, MO 64184** | 1/3/24<br>2/1/24<br>2/21/24 | $1,416.02 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other __ |
| 3.62. **Tabor Investment LP**<br>**PO Box 2579**<br>**Warminster, PA 18974** | 12/15/23<br>12/31/23<br>1/3/24<br>2/15/24<br>2/1/24<br>2/21/24 | $17,223.12 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Rent** |
| 3.63. **Jon Tresslar**<br>**Easton, PA 18042** | 2/17/23<br>12/8/23<br>12/22/23<br>1/5/24<br>1/19/24<br>2/2/24<br>2/16/24 | $1,423.78 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Expense reimbursement** |
| 3.64. **UPS**<br>**PO Box 650116**<br>**Dallas, TX 75265** | 12/15/23<br>12/20/23<br>12/26/23 | $119.81 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other __ |

Debtor    **LVL Engineering Group, Inc.** _____    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.65. **Vanguard Cleaning System of Phila**<br>**67 Buck Rd**<br>**Huntingdon Valley, PA 19006** | 12/15/23<br>1/5/24<br>2/15/24 | **$954.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.66. **Veris Benefits Consortium LLC**<br>**PO Box 177**<br>**Souderton, PA 18964** | 12/6/23<br>1/3/24<br>2/1/24<br>2/21/24 | **$12,236.57** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other___ |
| 3.67. **Verizon Wireless**<br>**PO Box 16810**<br>**Newark, NJ 07101** | 12/15/23<br>1/3/24<br>2/7/24 | **$240.10** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other___ |
| 3.68. **Vision Benefits of America**<br>**PO Box 74008623**<br>**Chicago, IL 60674** | 1/15/24<br>2/1/24<br>2/21/24 | **$308.70** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.69. **Wayne County Planning/GIS**<br>**925 Court Street**<br>**Honesdale, PA 18431** | 12/6/23 | **$50.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other___ |
| 3.70. **Wells Fargo Equipment Finance**<br>**PO Box 77101**<br>**Minneapolis, MN 55480** | 12/15/23<br>1/15/24<br>2/15/24 | **$2,638.65** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.71. **Lisa Whited**<br>**Douglassville, PA 19518** | | **$311.08** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__**Expenses**__ |
| 3.72. **Elavon North America**<br>**2 Concourse Pkwy NE**<br>**Suite 800**<br>**Atlanta, GA 30328** | 12/4/23<br>1/2/24<br>2/2/24 | **$61.80** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__**online credit card**__<br>__**processing fees**__ |

Debtor    **LVL Engineering Group, Inc.** _____    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.73. **Univest Bank & Trust Co.**<br>**10 W. Broad St**<br>**Souderton, PA 18964** | **12/12/23**<br>**1/10/24**<br>**2/12/24** | **$1,393.07** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Bank Fees** |
| 3.74. **Univest Bank & Trust Co.**<br>**10 W. Broad St**<br>**Souderton, PA 18964** | **12/31/23** | **$59.16** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **bank fees** |
| 3.75. **Cardmember Service**<br>**PO Box 790408**<br>**Saint Louis, MO 63179** | **12/8/23**<br>**1/10/24**<br>**2/6/24** | **$5,620.98** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Credit Card payments for company card** |
| 3.76. **Fuelman**<br>**PO Box 70887**<br>**Charlotte, NC 28272** | **12/12/23**<br>**12/27/23**<br>**1/9/24**<br>**1/23/24**<br>**2/7/24**<br>**2/21/24** | **$981.78** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **fuel purchases for company vehicles** |
| 3.77. **Mills, Potoczak & Company**<br>**27600 Chargrin Blvd.**<br>**Suite 200**<br>**Beachwood, OH 44122** | **12/21/23** | **$59,906.08** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **ESOP Distributions** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

Debtor    **LVL Engineering Group, Inc.**

Case number *(if known)*

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  **Palans Consulting**<br>**Palans Consulting, LLC**<br>**9 McKnight Lane**<br>**Saint Louis, MO 63124**<br>**Board of Directors** | **3/15/23**<br>**4/15/23**<br>**5/4/23**<br>**6/15/23**<br>**7/15/23**<br>**8/15/23**<br>**9/15/23**<br>**10/15/23**<br>**11/15/23**<br>**12/15/23**<br>**1/15/24**<br>**2/1/24** | **$30,000.00** | |
| 4.2.  **Aldine Advisors, LLC**<br>**1054 Seneca Road**<br>**Wilmette, IL 60091**<br>**Board of Directors** | **3/15/23**<br>**4/15/23**<br>**5/4/23**<br>**6/15/23**<br>**7/15/23**<br>**8/15/23**<br>**9/15/23**<br>**10/15/23**<br>**11/15/23**<br>**12/15/23**<br>**1/15/24**<br>**2/1/24** | **$30,000.00** | |

Debtor    **LVL Engineering Group, Inc.** _____    Case number *(if known)* _____

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.3.  **Jon Tressler Easton, PA 18042 CEO** | **12/12/23 2/26/23 3/5/23 3/12/23 3/19/23 3/26/23 4/2/23 4/9/23 4/16/23 4/23/23 4/30/23 5/7/23 5/14/23 5/21/23 5/28/23 6/4/23 6/18/23 6/25/23 7/2/23 7/9/23 7/16/23 7/30/23 8/6/23 8/13/23 8/20/23 8/27/23 9/3/23 9/10/23 9/17/23 9/24/23 10/1/23 10/8/23 10/15/23 10/22/23 10/29/23 11/5/23 11/12/23 11/19/23 11/26/23 12/3/23 12/10/23 12/17/23 12/24/23 1/7/24 1/14/24 1/21/24 1/28/24 2/4/24 2/11/24 2/25/24** | **$6,468.72** | **expense reimbursements** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

Debtor    **LVL Engineering Group, Inc.**                                          Case number *(if known)*

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **N/A** | | | **$0.00** |

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **N/A** | | | **$0.00** |
| | Last 4 digits of account number: _____ | | |

**Part 3:**    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | | | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Sean Hogan v. Mark Eisold, Boucher & James, and Cheltenham Towhship**<br>**2021-09245** | **Negligence** | **Court of Common Pleas Montgomery County Montgomery County, PA** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Boucher & James v. Cheltenham Township** | **Unpaid A/R owed to the Debtor (Boucher & James is the previous name of LVL Engineering)** | **Common Pleas, Northampton County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor    **LVL Engineering Group, Inc.**                                   Case number *(if known)* _____

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.4. | **Cheltenham Township v. Boucher & James, et al. 2021-11363** | **complaint for overbilling/fraudulent billing, conversion, fraud, unuust enrichment, breach of contract, intentional misrepresentation, negligent misrepresentation, civil conspiracy. Debtor contends that Cheltenham has been made whole via Secretary of State Action and payments made to affected entites via Secretary of State resolution.** | **Common Pleas - Montgomery County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **Springfield Township v. Boucher & James 2021-01484** | **Overcharging on invoices.  Debtor contends that this has been remedied via a resolution through the Secretary of State.** | **Common Pleas - Montgomery County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | **Hendricks & Winot Gruop Inc. v. Township of Lehman, Boucher & James, Inc. et al. 1507CV2016** | **Negligence** | **Common Pleas - Pike County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | **Boucher & James v. Spinieo, Incorporated and Worthington & Spinieo, Pocono Hodlings, LLC** | **unpaid invoices** | **Common Pleas - Northampton County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. | **Lower Makefield Township v. Boucher & James 2020--05248** | **Litigation relating to a quiet zone and project not meeting requirements as set forth in the Federal Railroad Authority design.** | **Common Pleas - Bucks County, PA** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

**Part 4:    Certain Gifts and Charitable Contributions**

| Debtor | **LVL Engineering Group, Inc.** | Case number *(if known)* | |

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **Pocono Township**<br>**112 Township Dr.**<br>**Tannersville, PA 18372**<br><br>Recipients relationship to debtor<br>**Client** | **Community Day Sponsorship** | **9/1/22** | **$1,000.00** |
| 9.2. | **2022 Client Holiday Gifts**<br><br>Recipients relationship to debtor<br>**Clients** | **Client Holiday Gifts** | | **$1,327.00** |
| 9.3. | **2023 Wounded Warrier IMO**<br>**PO Bix 758517**<br>**Topeka, KS 66675**<br><br>Recipients relationship to debtor | **Donation** | **2/28/23** | **$100.00** |
| 9.4. | **2023 Doylestown Health Foundation**<br>**595 West State Street**<br>**Doylestown, PA**<br><br>Recipients relationship to debtor | | **10/31/23** | **$100.00** |
| 9.5. | **2023 Client Holiday Gifts**<br><br>Recipients relationship to debtor<br>**Clients** | | | **$1,172.00** |

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| **Workers Compensation claim, slip and fall at the Fountainville office, ongoing** | | **2023** | **$0.00** |
| **Inland Marine, survey robotics equipment destroyed** | | **2023** | **$0.00** |

Debtor    **LVL Engineering Group, Inc.**                          Case number *(if known)* _____

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| **Auto claim for accident involving company car, a 2020 Chevrolet Silverado** | | **2023** | **$0.00** |
| **Auto claim for accident involving company car, a 2015 Jeep Laredo.** | | **2022** | **$0.00** |
| **Auto claim for accident involving company car, a 2017 Chevrolet Silverado** | | **2022** | **$0.00** |
| **Auto claim for accident involving company car, a 2020 Chevrolet Silverado** | | **2022** | **$0.00** |

**Part 6:**    Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Tucker Ellis LLP<br>233 S. Wacker Dr.<br>Suite 6950<br>Chicago, IL 60606** | **Attorney Fees - Advance Payment Retainer** | **January 22, 2024** | **$100,000.00** |
| | **Email or website address<br>brian.jackiw@tuckerellis.com** | | | |
| | **Who made the payment, if not debtor?<br>Debtor** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ☐ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

Debtor    **LVL Engineering Group, Inc.** _____    Case number *(if known)* _____

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.1. | **Office of Attorney General**<br>**16th Floor, Strawberry Square**<br>**Harrisburg, PA 17120** | **Settlement** | **December 7,**<br>**2020** | **$851,000.00** |
| | Relationship to debtor | | | |
| 13.2. | **Altitude Marketing, Inc.** | **Company Rebranding costs** | **11/15/21,**<br>**12/15/21,**<br>**1/31/22, 3/2/22,**<br>**3/31/22** | **$70,000.00** |
| | Relationship to debtor | | | |
| 13.3. | **ESOP Trustee Deposit (Mills**<br>**Potozak)**<br>**27600 Chargin Blvd.**<br>**suite 200**<br>**Beachwood, OH 44122** | **16,074.45 - ESOP Trustee Retainer** | **5/24/23, 8/23/23** | **$16,074.45** |
| | Relationship to debtor<br>**ESOP Trustree** | | | |
| 13.4. | **Valuation Management**<br>**2370 York Rd**<br>**Jamison, PA 18929** | **Money** | **6/1/23** | **$12,500.00** |
| | Relationship to debtor<br>**ESOP Valuation Firm** | | | |
| 13.5. | **Liberty Insurance - Manor**<br>**Oak Two**<br>**1910 Cochran Road**<br>**Pittsburgh, PA 15220** | **Cash for insurance coverage** | **2/28/24** | **$213,978.00** |
| | Relationship to debtor<br>**Insurer** | | | |

**Part 7:**  Previous Locations

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy<br>From-To |
|---|---|---|
| 14.1. | **2756 Rimrock Drive**<br>**Bartonsville, PA 18321** | **through February 2024** |
| 14.2. | **1456 Perry Road**<br>**Building 500**<br>**Doylestown, PA 18901** | **through February 2024** |

Debtor   **LVL Engineering Group, Inc.**
_____   Case number *(if known)* _____

| Address | Dates of occupancy From-To |
|---|---|
| 14.3. **Main Street Commons**<br>**559 Main Street**<br>**Suite 230**<br>**Bethlehem, PA 18018** | **Current** |
| 14.4. **P.O. Box 699**<br>**Stroudsburg, PA 18360** | |

<table><tr><td>Part 8:</td><td>Health Care Bankruptcies</td></tr></table>

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

<table><tr><td>Part 9:</td><td>Personally Identifiable Information</td></tr></table>

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

    ☐ No Go to Part 10.
    ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **LVL Engineering Group, Inc. Profit Sharing & 401(k) Plan** | EIN:   **46-6662888** |

Has the plan been terminated?
■ No
☐ Yes

<table><tr><td>Part 10:</td><td>Certain Financial Accounts, Safe Deposit Boxes, and Storage Units</td></tr></table>

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

Debtor    **LVL Engineering Group, Inc.** _____     Case number *(if known)* _____

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Penn Community** 3969 Durham Road Doylestown, PA 18902 | **XXXX-7111** | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | **2023** | **$0.00** |
| 18.2. | **Univest Investment** 14 North Main Street P.O. Box 197 Souderton, PA 18964 | **XXXX-7100** | ☐ Checking ☐ Savings ■ Money Market ☐ Brokerage ☐ Other___ | **2024** | **$0.00** |
| 18.3. | **Penn Community Bank** 3969 Durham Road Doylestown, PA 18902 | **XXXX-0394** | ☐ Checking ☐ Savings ■ Money Market ☐ Brokerage ☐ Other___ | **2023** | **$0.00** |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a

| Debtor | **LVL Engineering Group, Inc.** | Case number *(if known)* |
|---|---|---|

similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **Gaye Singley<br>2756 Rimrock Drive<br>Stroudsburg, PA 18360** | **December 2006 -<br>Present** |
| 26a.2. | **Jessica Martin<br>2756 Rimrock Drive<br>Stroudsburg, PA 18360** | **May 29, 2017 -<br>Present** |
| 26a.3. | **Susan Montgomery<br>2756 Rimrock Drive<br>Stroudsburg, PA 18360** | **August 13, 2007 -<br>November 30, 2023** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

Debtor    **LVL Engineering Group, Inc.**                                      Case number (if known) _____

| Name and address | Date of service From-To |
|---|---|
| 26b.1.    **Trout CPA**<br>**1705 Oregon Pike**<br>**Lancaster, PA 17601** | **2021-2023** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **LVL Engineering Group**<br>**1456 Ferry Road**<br>**Building 500**<br>**Doylestown, PA 18901** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address | |
|---|---|
| 26d.1.    **Value Managment, Inc.**<br>**2370 York Road**<br>**Jamison, PA 18929-1031** | |
| 26d.2.    **Liberty Insurance Agency**<br>**Manor Oak Two**<br>**Suite 800**<br>**1910 Cochran Road**<br>**Pittsburgh, PA 15220** | |

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Jon Tresslar** | **559 Main Street**<br>**Suite 230**<br>**Bethlehem, PA 18018** | **President/CEO** | **0** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Lee Bloom** | **559 Main Street**<br>**Suite 250**<br>**Bethlehem, PA 18018** | **Director** | **0** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Lloyd Palans** | **559 Main Street**<br>**Suite 230**<br>**Bethlehem, PA 18018** | **Director** | **0** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in**

Debtor    **LVL Engineering Group, Inc.**                                  Case number *(if known)* _____

control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. **Lloyd Palans** <br> **Palans Consulting, LLC** <br> **9 McKignt Lane** <br> **Saint Louis, MO 63124** | **30,000** | **2023** | |
| **Relationship to debtor** <br> **Board of Directors** | | | |
| 30.2. **Lee Bloom** <br> **Aldine Advisors, LLC** <br> **1054 Seneca Road** <br> **Wilmette, IL 60091** | **$30,000** | **2023** | |
| **Relationship to debtor** <br> **Board of Directors** | | | |
| 30.3. **Jon Tresslar** <br> **Easton, PA 18042** | **Salary: $209,620.52; Bonus: $10,481.00; Expense Reimbursement: $6,468.72; PYE 2022 ESOP Diversification: 5,040.02; will also receive his allocation of ESOP share release for PYE 2023** | **2023** | |
| **Relationship to debtor** <br> **CEO** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
■ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| **N/A** | **EIN:** |

**Part 14:** **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in

Debtor    **LVL Engineering Group, Inc.** _____    Case number *(if known)* _____

connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **3/01/2024** _____

**/s/ Jon Tresslar** _____        **Jon Tresslar** _____
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Chief Executive Officer** _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Eastern District of Pennsylvania - Reading Division

In re   **LVL Engineering Group, Inc.**
_____   Case No. _____
Debtor(s)                      Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept _____   $   **100,000.00**

    Prior to the filing of this statement I have received _____   $   **100,000.00**

    Balance Due _____   $   **0.00**

2.  The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
    copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of
        reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC
        522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or
    any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**3/01/2024**
_____
_Date_

**/s/ Julie Callsen**
_____
**Julie Callsen**
_Signature of Attorney_
**Tucker Ellis LLP**
**233 S. Wacker Dr.**
**Suite 6950**
**Chicago, IL 60606**
**216-696-2541**
**julie.callsen@tuckerellis.com**
_Name of law firm_

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Julie Callsen**<br>**233 S. Wacker Dr.**<br>**Suite 6950**<br>**Chicago, IL 60606**<br>**216-696-2286**<br>California State Bar Number: **323883 PA**<br>julie.callsen@tuckerellis.com | |

☐ *Debtor(s) appearing without an attorney*

■ *Attorney for Debtor*

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA - READING DIVISION

In re:

**LVL Engineering Group, Inc.**

CASE NO.:

CHAPTER: **7**

### VERIFICATION OF MASTER
### MAILING LIST OF CREDITORS

### [LBR 1007-1(a)]

Debtor(s).

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __3__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: __3/01/2024__

Date: _____

Date: __3/01/2024__

**/s/ Jon Tresslar**
Signature of Debtor 1

_____
Signature of Debtor 2 (joint debtor) ) (if applicable)

**/s/ Julie Callsen**
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                                                 **F 1007-1.MAILING.LIST.VERIFICATION**

LVL Engineering Group, Inc.
Main Street Commons
559 Main Street, Suite 230
Bethlehem, PA 18018-5862


Julie Callsen
Tucker Ellis LLP
233 S. Wacker Dr.
Suite 6950
Chicago, IL 60606


Canon Financial Services, Inc.
14904 Collections Center Drive
Chicago, IL 60693


Canon Solutions America, Inc.
15004 Collections Center Dr.
Chicago, IL 60693


Envirosite Corporation
56 Broome Corporate Pkwy
Conklin, NY 13748


Eurofinds Environment Testing North


Fairport Asset Management, LLC
IL


Field Environmental Instruments
301 Brushton Ave
Pittsburgh, PA 15221

Gioffre Consulting


JSDC Law Offices
11 East Chocolate Ave
Hershey, PA 17033


Keith & Janet Crawford


Liberty Insurance
1910 Cochran Rd
Pittsburgh, PA 15220


Margle Law Offices
3839 Easton Ave
Bethlehem, PA 18020


NeoPost


None - N/A


Nyles J. and Kitty Possinger
291 N. Easton Belmont Pike
Stroudsburg, PA 18360

PA Turnpike Toll by Plate
PO Box 645631
Pittsburgh, PA 15264


Patriot Blueprinting Systems, LLC


Quadient Finance USA Inc.
PO Box 6813
Carol Stream, IL 60197


Ross Boucher
712 Granada Avenue
Venice, FL 34285


Rubel DE
559 Main Street
Suite 300
Bethlehem, PA 18018


Tabor Investment LP
PO Box 2579
Warminster, PA 18974


Wells Fargo Equipment Finance
PO Box 77101
Minneapolis, MN 55480